■ JAMES G. BRYDEN, Appellant, v LEROY HANKINS et al., Respondents. [999 NYS2d 905]—Appeal from a judgment of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered April 8, 2013. The judgment, among other things, determined the boundary line between the parties' properties located in the Town of Fleming.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Memorandum: We affirm for reasons stated in the amended decision at Supreme Court. We write to note that, contrary to plaintiff's contention, the record fully supports the court's determination to rely on the Gleason (1998) survey over the Watkins (2005) survey. We also note that, in the absence of a

cross appeal by defendants, their contention that the court erred in "not granting all lands north of the intersection of [defendants'] fence and the Gleason line to [defendants]" is not properly before us (*see Raab v Dumblewski*, 226 AD2d 1021, 1022 [1996]). Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.